IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **AURORA COOPERATIVE ELEVATOR COMPANY,** | ) ) ) | CASE NO. 4:12CV230 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| **AVENTINE RENEWABLE ENERGY - AURORA WEST, LLC, and AVENTINE RENEWABLE ENERGY HOLDINGS, INC.,** | ) ) ) ) ) | |
| Defendants. | ) ) | |
| **AVENTINE RENEWABLE ENERGY HOLDINGS, INC.,** | ) ) ) | CASE NO. 8:12CV386 |
| Plaintiff, | ) ) | |
| v. | ) ) | REASSIGNMENT ORDER |
| **AURORA COOPERATIVE ELEVATOR COMPANY,** | ) ) ) | |
| Defendant. | ) | |

Before the court is the Notice of Related Case (Filing No. 40) filed by the Defendant in Case No. 8:12CV386. After a review of the matter, the court finds that the above cases are related as defined under NEGenR 1.4(a)(4). Accordingly, Case No. 8:12CV386, *Aventine Renewable Energy Holdings, Inc., v. Aurora Cooperative Elevator Company,* is reassigned to District Judge John M. Gerrard for disposition and to Magistrate Judge Cheryl R. Zwart for judicial supervision and processing of all pretrial matters.

IT IS SO ORDERED.

DATED this 2nd day of November, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge