IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AURORA COOPERATIVE ELEVATOR COMPANY,<br><br>           Plaintiff,<br><br>     vs.<br><br>AVENTINE RENEWABLE ENERGY - AURORA WEST, LLC,  AVENTINE RENEWABLE ENERGY HOLDINGS, INC.,<br><br>           Defendants. | **4:12CV230**<br><br>**ORDER** |

During the conference call held today, the parties stated they have mutually agreed to retain the services of Tom Groom, the Vice President of Discovery Engineering at D4 in Denver, Colorado, to assist with the ESI discovery issues in this case.

IT IS ORDERED that a telephonic conference with the undersigned magistrate judge will be held on **April 25, 2014** at **12:00 p.m. (noon)** to discuss the status of case progression.  The court will provide call-in information for the conference.

March 26, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge