IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AURORA COOPERATIVE ELEVATOR COMPANY, | |
| Plaintiff, | 4:12CV230 |
| vs. | ORDER |
| AVENTINE RENEWABLE ENERGY - AURORA WEST, LLC,  AVENTINE RENEWABLE ENERGY HOLDINGS, INC., | |
| Defendants. | |

IT IS ORDERED:

The motions to permit Nancy Chung and Christopher M. Egleson to withdraw as counsel on behalf of Defendants Aventine Renewable Energy - Aurora West, LLC, and Aventine Renewable Energy Holdings, Inc., (filing nos. 216 and 217), are granted.

May 19, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge