IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AURORA COOPERATIVE ELEVATOR COMPANY,<br><br>                    Plaintiff,<br><br>        vs.<br><br>AVENTINE RENEWABLE ENERGY - AURORA WEST, LLC,  AVENTINE RENEWABLE ENERGY HOLDINGS, INC.,<br><br>                    Defendants. | **4:12CV230**<br><br>**ORDER** |

　　　　IT IS ORDERED, the motion to permit Coady H. Pruett to withdraw as counsel on behalf of Aurora Cooperative Elevator Company, (Filing No. 247), is granted.

　　　　Dated this 7th day of July, 2015

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge